FILED
2009 May-27 PM 01:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| DEBORAH BOWMAN, as Personal Representative (Administratrix) of the Estate of SHEILA M. MULLINS, deceased,<br><br>Plaintiff,<br><br>v.<br><br>LAWRENCE COUNTY COMMISSION et al.,<br><br>Defendants. | Civil Action No.<br><br>CV-08-RRA-602-NE |

**Memorandum Opinion**

The case is now before the court on the Lawrence County Commission and Lawrence County Alabama's Motion to Dismiss the Amended Complaint. (Doc. 14.) Also before the court is Jerome Reed's Motion to Dismiss. (Doc. 15.) On May 4, 2009, the magistrate recommended that the defendants' motions to dismiss be GRANTED and this case DISMISSED, with prejudice. No objections to the recommendation have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. A final order will be entered.

DONE this the 27th day of May, 2009.

/s/ William M. Acker, Jr.
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE